UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO,                                          CASE NO. 1:23-cv-24495-CMA

    Plaintiff,

vs.

JOHNNY WAS, LLC..
    Defendant,
_____/

NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ARANTZA CASTRO and Defendant, JOHNNY WAS, LLC. have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Notice of Dismissal. As such. parties request that this honorable Court allow 45 days to finalize all documents before dismissing the case.

    Respectfully Submitted,

    MENDEZ LAW OFFICES, PLLC
    Attorney for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile:  305.809.8474
    Email:info@mendezlawoffices.com
    By: /s/ Diego German Mendez
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###